# EXHIBIT 2

# SMITH DEPOSITION EXHIBITS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

**ORIGINAL**

BELINDA SMITH,                    )

      Plaintiff,            )

        vs.                   )   No. 16 CV 7441

UNIVERSITY OF CHICAGO              )

MEDICAL CENTERS FOOD SERVICE,  )

      Defendant.            )

DEPOSITION OF BELINDA SMITH

Chicago, Illinois

Wednesday, March 28, 2018

REPORTED BY:  GREG S. WEILAND, CSR, RMR, CRR

JOB NO.       139346

# SMITH DEPOSITION

# EXHIBIT 1

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [X] FEPA | |
| [X] EEOC | 440 2015 06914 |

**Illinois Department of Human Rights** and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Belinda Smith | (773)571-6063 | 10/27/1982 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4727 ½ S Ellis Ave., Apt 2B | Chicago, IL 60615 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| University of Chicago Medical Center | 500+ | (773) 702-1000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5841 S Maryland Ave. | Chicago, IL 60837 |

RECEIVED EEOC

AUG 12 2015

CHICAGO DISTRICT OFFICE

| Name | | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [ ] AGE [X] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 04/2012 | 06/26/2015 |

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**Statement of Harm:** I was discriminated against because of my disability. In 2012 I notified University of Chicago Medical Center of my disability. In or around November 2012, my immediate supervisor, Amy, advised my coworkers, supervisors, and managers, to let Amy know if I exhibited abnormal behavior. Subsequently my coworkers harassed me was based on my disability. My coworkers told clients I was crazy, I drank bleach, and other demeaning insults. In addition, in 2014, I was baselessly suspended twice because I was told I could not complete my work, regardless of the fact that I completed all the tasks entailed by my job description. The baseless reprimands continued through my termination on June 26, 2015. The reprimands were issued shortly after initiating a discrimination complaint internally and with my union representative. Other similarly situated employees committed the errors I was falsely accused of but were not disciplined.

**Statement of Discrimination:** I believe I have been discriminated against because of my disability in violation of the Americans with Disabilities Act of 1990.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 28-06-15  *Belinda Smith* Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EXHIBIT
1
Smith 3/28/18
PENGAD 800-631-6989

UCMC0351

# SMITH DEPOSITION

# EXHIBIT 3



## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN D̶ ̶ ̶ ̶ ̶ ̶I̶N̶O̶I̶S̶

Smith, Belinda )
                 )
_____ )
                 )
_____ )     CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
                 )
        v.       )     NO. _____
                 )
University of Chicago )
                 )
Medical Centers  )
                 )
Food Service     )
(Name of the defendant or defendants) )

16CV7441
JUDGE ASPEN
MAG. JUDGE VALDEZ

**RECEIVED**

JUL 2 T 2018
7-21-16JTR
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is **Smith Belinda** of the
county of **COOK** in the state of **Illinois**.

3. The defendant is **University of Chicago Medicine**, whose
street address is **5841 South Maryland Avenue**,
(city) **Chicago** (county) **Cook** (state) **Illinois** (ZIP) **60637**
(Defendant's telephone number) **(773) 702-1720**

4. The plaintiff sought employment or was employed by the defendant at (street address)
**5841 South Maryland Avenue** (city) **Chicago**
(county) **COOK** (state) **Illinois** (ZIP code) **60637**

**EXHIBIT**
3
Smith  3/28/18
PENGAD 800-631-6989

5. The plaintiff [*check one box*]

(a) ☐     was denied employment by the defendant.

(b) ☐     was hired and is still employed by the defendant.

(c) ☑     was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month) 04 , (day) 06 , (year) 2012 .

7.1   *(Choose paragraph 7.1 or 7.2, do not complete both.)*

     (a) The defendant is not a federal governmental agency, and the plaintiff [*check*

*one box*] ☐ *has not*    ☑ *has*     filed a charge or charges against the defendant

asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

     (i)    ☐ the United States Equal Employment Opportunity Commission, on or about

       (month) 08 (day) 06 (year) 2015 .

     (ii)    ☐ the Illinois Department of Human Rights, on or about

       (month) 06 (day)_____ (year) 2016 .

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☑ YES.    ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and

     (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☑ Yes (month) 08 _____ (day) 06 (year) 2015

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) 06 _____

(day) 07 _____ (year) 2016 .

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☑ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☑ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on

(month) 06 _____ (day) 07 (year) 2016 a copy of which

*Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c)☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e)☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f)☐ Religion (Title VII of the Civil Rights Act of 1964)

(g)☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a)☐ failed to hire the plaintiff.

(b)☑ terminated the plaintiff's employment.

(c)☑ failed to promote the plaintiff.

(d)☐ failed to reasonably accommodate the plaintiff's religion.

(e)☐ failed to reasonably accommodate the plaintiff's disabilities.

(f)☑ failed to stop harassment;

(g)☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h)☑ other (specify): reta liation due to personal Medical relation. I was terminated to support the

4

University of Chicago Medical Centers doctors Misdiagnosis. The diagnosis had caused me to lose custody of my child Jaliya.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a)☐ Direct the defendant to hire the plaintiff.

(b)☐ Direct the defendant to re-employ the plaintiff.

(c)☐ Direct the defendant to promote the plaintiff.

(d)☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f)☐ Direct the defendant to (specify): _____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Belinda Smith_

(Plaintiff's name)

_Belinda Smith_

(Plaintiff's street address)

_8208 S. Maryland Apt 1L_

(City) _Chicago_  (State) _IL_  (ZIP) _60619_

(Plaintiff's telephone number) _(773) 886-4232_

Date: _07/21/2016_

Case: 1:16-cv-07441 Document #: 1 Filed: 07/21/16 Page 7 of 48 PageID #:7

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Belinda Smith, c/o Gary Martoccio, Esq.
Spielberger Law Group
202 South Hoover Blvd.,
Tampa, FL 33609

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2015-06414 | Eric Lamb, Investigator | (312) 869-8092 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

_Julianne Bowman_

Enclosures(s)

Julianne Bowman,
District Director

6/2/16
(Date Mailed)

cc: Mario Bailey
Employment/Labor Relations Manager
UNIVERSITY OF CHICAGO MEDICINE
5841 South Maryland Avenue
MC 1086, Room B-123
Chicago, IL 60637

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [X] FEPA | 4.40-2015-06914 |
| [X] EEOC | |

**Illinois Department of Human Rights** and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Belinda Smith | (773)571-6063 | 10/27/1982 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4727 ½ S Ellis Ave., Apt 2B | Chicago, IL 60615 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| University of Chicago Medical Center | 500+ | (773) 702-1000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5841 S Maryland Ave. | Chicago, IL 60637 |

RECEIVED EEOC

| Name | | Phone No. (Include Area Code) |
|---|---|---|
| | AUG 12 2015 | |

| Street Address | City, State and ZIP Code |
|---|---|

CHICAGO DISTRICT OFFICE

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[ ] RETALIATION   [ ] AGE   [X] DISABILITY   [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 04/2012 | 06/28/2015 |

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Statement of Harm: I was discriminated against because of my disability. In 2012 I notified University of Chicago Medical Center of my disability. In or around November 2012, my immediate supervisor, Amy, advised my coworkers, supervisors, and managers, to let Amy know if I exhibited abnormal behavior. Subsequently my coworkers harassed me was based on my disability. My coworkers told clients I was crazy, I drank bleach, and other demeaning insults. In addition, in 2014, I was baselessly suspended twice because I was told I could not complete my work, regardless of the fact that I completed all the tasks entailed by my job description. The baseless reprimands continued through my termination on June 26, 2015. The reprimands were issued shortly after initiating a discrimination complaint internally and with my union representative. Other similarly situated employees committed the errors I was falsely accused of but were not disciplined.

Statement of Discrimination: I believe I have been discriminated against because of my disability in violation of the Americans with Disabilities Act of 1990.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY — When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 28-Oct-15  *Belinda Smith* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date   Charging Party Signature | |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Chicago District Office

500 West Madison Street, Suite 2000
Chicago, IL 60661
PH: (312) 869-8000
TTY: (312) 869-8001
ENFORCEMENT FAX: (312) 869-8220
STATE & LOCAL FAX: (312) 869-8077
LEGAL FAX: (312) 869-8124

FILE REVIEWS FAX: (312) 869-8220
MEDIATION: (312) 869-8060
HEARINGS FAX: (312) 869-8125

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to **Sylvia Bustos** and either mailed to the address above, faxed to **(312) 869-8220** or sent via email to sylvia.bustos@eeoc.gov (please chose only one method, no duplicate requests). _Be sure to include your name, address, phone number and EEOC charge number with your request_.

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

* _Before filing a lawsuit_, but within 90 days of your receipt of the Right to Sue, or

* _After your lawsuit has been filed_. If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the entire court complaint (with court stamped docket number) or enough pages to determine whether it was filed based on the EEOC charge.

If you are the _Respondent_ you may be granted access to the file _only after_ a lawsuit has been filed. Include with your request a copy of the entire court complaint that includes an official court stamped docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure before you are granted access to the file, which will be sent to you after receipt of your written request. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

The process for access to the file will begin no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by **Aloha Print Group, 60 East Van Buren, Suite 1502, Chicago, IL 60605, (312) 542-1300.** You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, it is recommended that you first review your file to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent in its entirety to the copy service, and you will be responsible for the cost. Payment must be made directly to **Aloha Print Group**, which charges 15 cents per page.

(Revised 04/20/2016, previous copies obsolete)

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

### PRIVATE SUIT RIGHTS

The issuance of this *Notice of Right to Sue* or *Dismissal and Notice of Rights* ends the EEOC process with respect to your Charge. You may file a lawsuit against the Respondent within 90 days from the date you receive this Notice. Therefore, you should keep a record of the date. Once the 90 day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed well in advance of the expiration of the 90 day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short Statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the Respondent has its main office.

You may contact the EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment of the American with Disabilities Act or, probably, the Equal Pay Act against a State instrumentality (an agency directly funded and controlled by the State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the American with Disabilities Act or the Equal Pay Act against a political subdivision of a State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of the U.S. District Courts, please see the reverse side.

### ATTORNEY REPRESENTATION

If you cannot afford an attorney, or have been unable to obtain an attorney to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well in advance of the 90 day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within the 90-day period.

### DESTRUCTION OF FILE

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your Charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.

## INFORMATION ON WHERE TO FILE SUIT

You have been notified of your right to sue in Federal District Court. Suit is ordinarily filed in the District having jurisdiction of the county in which the employer, against whom you filed a Charge of employment discrimination, is located. The telephone number listed for each District is that of the Clerk of the Court.

| U.S. DISTRICT COURT<br>Northern District of Illinois<br>**Eastern Division at Chicago**<br>219 South Dearborn Street<br>Chicago, IL 60604<br>312-435-5670 | | U.S. DISTRICT COURT<br>Central District of Illinois<br>**Urbana Division**<br>201 South Vine<br>Urbana, IL 61801<br>217-373-5830 | |
|---|---|---|---|
| **Counties** | | **Counties** | |
| Cook | Kendall | Champaign | Kankakee |
| DuPage | Lake | Coles | Macon |
| Grundy | LaSalle | Douglas | Moultrie |
| Kane | Will | Edgar | Piatt |
| | | Ford | Vermillion |
| | | Iroquois | |
| U.S. DISTRICT COURT<br>Northern District of Illinois<br>**Western Division at Rockford**<br>211 South Court Street<br>**Federal Building**<br>Rockford, IL 61101<br>815-987-4355 | | **Peoria Division**<br><br>100 N.E. Monroe Street<br>135 Federal Building<br>Peoria, IL 61602<br>309-671-7117 | |
| **Counties** | | **Counties** | |
| Boone | McHenry | Bureau | McLean |
| Carroll | Ogle | Fulton | Peoria |
| DeKalb | Stephenson | Hancock | Putnam |
| JoDaviess | Whiteside | Knox | Stark |
| Lee | Winnebago | Livingston | Tazewell |
| | | Marshall | Woodford |
| | | McDonough | |
| U.S. DISTRICT COURT<br>**Southern District of Illinois**<br>750 Missouri Avenue<br>East St. Louis, IL 62201<br>618-482-0671<br><br>*and*<br><br>301 Main Street<br>Benton, IL 62812<br>618-438-0671 | | **Rock Island Division**<br>211 19th Street<br>Rock Island, IL 61201<br>309-793-5778 | |
| **Counties** | | **Counties** | |
| Alexander | Johnson | Henderson | Rock Island |
| Bond | Lawrence | Henry | Warren |
| Calhoun | Madison | Mercer | |
| Clark | Marion | **Springfield Division** | |
| Clinton | Monroe | 600 East Monroe Street | |
| Crawford | Perry | Springfield, IL 62701 | |
| Cumberland | Pope | 217-492-4020 | |
| Edwards | Pulaski | | |
| Effingham | Randolph | **Counties** | |
| Fayette | Richland | Adams | Logan |
| Franklin | St. Clair | Brown | Macoupin |
| Gallatin | Saline | Cass | Mason |
| Hamilton | Union | Christian | Menard |
| Hardin | Wabash | DeWitt | Montgomery |
| Jackson | Washington | Green | Morgan |
| Jasper | Wayne | Pike | Schuyler |
| Jefferson | White | Shelby | |
| Jersey | Williamson | | |

What Happened

October 21, 2014

Dr. Arshiya A. Baig M.D. at the University of Chicago Hospitals have made huge mistakes in handling my patient care. Dr. Baig lied in my medical records and caused me to lose custody of my daughter. I had trust and confidence in the doctors and staff at the University of Chicago Hospitals. I was completely unaware of the horrible experience I would endure as a patient, a person and a 1" time mom. I work in food service at the University of Chicago Hospitals. On September 17, 2014, I left work due to the pain I felt. I went to Labor and Delivery and told them I thought I was in labor. I rated my pain at a 4 and 10 was the worst. I was quiet and did not talk unless I had to. I gave my neighbor's information as an emergency contact.

I told Labor and Deliver about Gottlieb Memorial Hospital being the last hospital I received prenatal care. I informed Labor and Delivery that I had no prenatal care throughout my pregnancy. I waited at the front desk for 5 or 6 minutes then I was escorted to a room. I followed the nurse instructions and answer her questions. I gave a urine sample and I was moved to another room. I wanted to be in control and did not attract any unnecessary attention. I went into a room and was hooked up to a monitor. A nurse did a vaginal check and told me I was fully dilated, and asked was I ready to push? I cried for 30 seconds as I redirect my focus back to my unborn child. I had to be alert and calm to go through the labor. I was moved into a birthing room and I was by myself.

I was a patient, and I had a chance to rest and feel safe. The labor was scary, but it was something that had to happen. I knew my baby was depending on me, so I had to stay in control. I did not scream or cry while I was in labor. The pain wasn't as bad as I thought. I did well with the contractions and I was so glad when the baby arrived. Jaliya was crying and I was shocked and I starred at her. She made it! I was ready to learn everything about this new person I had pushed into the world. The pregnancy and delivery was a success. After a very hard year and a lot of hard work, it was finally over.

Belinda Smith

October 08, 2015

1-15-2175 (appellate court number)

Revised copy:

My name is Belinda Smith and I disagree with my lawyer's decision to withdraw from my case. My daughter's name is Jaliya Yvonne Smith. Jaliya is in the Department of Children and Family Services custody due to a psychiatry misdiagnosis the doctors gave to me. Jaliya is currently in foster care at Volunteers of America. Jaliya has been in custody since she was 3 weeks old. I was allowed only two hours per week to visit with my baby. I felt very disturbed about visiting my child in foster care. I had not done anything wrong as a parent. The reason Department of Children and Family Services had taken Jaliya into custody was unproven and unclear. I had to accept that she was in DCFS custody and prove to be a good parent. I had attended every visit except for one time. My clock was one hour ahead of time on October 27, 2014 and I missed a visit with my daughter. I felt horrible it was birthday and the second visit with Jaliya.

I had a very busy schedule with maintaining a full-time job, attending Jaliya's visits, going to parenting class and going to counseling. I have to call in before 10am a day ahead in order to get a visit with Jaliya. The visits were cancelled on a regular basis. I had been blamed for cancelled visits when it was not my fault. Jaliya had a bad stomach and her diapers would be taped very tightly around her stomach. I worried about Jaliya. I was concerned about Jaliya's breathing and whether foster mom smoked cigarettes or had any pets around her. Jaliya had 3 or 4 bad diaper rashes that indicated possible neglect. I found out in a meeting in which foster mom had introduced herself as Barbara Kelly. Ms. Kelly had spoken over the speaker phone stating that she worked and Jaliya was being left with a babysitter. I had spoken about the incident in which I had discovered two bedbugs on my baby's blanket. Ms. Kelly said she didn't know where the bedbugs came from and she washed Jaliya's blanket. Jaliya was showing signs of stress. She would cry really loud in her car seat on her way home. Jaliya was tired of being moved from place to place and it was not healthy for her. I would complain to the case aides, supervisor, caseworker, and Director about Jaliya's discomfort.

On January 28, 2015 Jennifer Ligget a supervisor of Volunteers of America had told me that my daughter Jaliya Y. Smith had been hospitalized. Jaliya was hospitalized due to foster mom negligence to feed her and she turned blue. I was very upset about the incident. Jaliya was a new foster mom. The foster mom name is Brenda Watson. Ms. Watson is a stay-at-home mom which is better for Jaliya. I was granted two more hours to visit with Jaliya. On different occasions, I had to tell the case aides to tell foster mom not to put anything on Jaliya's head such as head bands, ponytails or barrettes. The reason I didn't want Jaliya's hair styled was due to her comfort level. I wanted my baby to learn how to relax. I do not want my baby to have damage of any kind during this custody battle.

Jaliya was about six months when I decided to comb her hair. I wanted to do her first style but I did not have any ponytail holders. The foster mom styled Jaliya's hair and it was cute. I am thankful that Ms. Watson take care of Jaliya. However, I am concerned about Ms. Watson taping the diapers too tight around Jaliya's stomach. Jaliya has a sensitive stomach and diapers or anything tight around her stomach is not good for her. Ms. Watson has sent Jaliya to the visits at least five times without her formula. The milk is very important for her brain development.

In June of 2015, my apartment was assessed for home visits after two cancelled times. My apartment was supposed to be assessed and approved for the Judge to allow Jaliya to do home visits. My home was approved but I did not receive home visits with Jaliya. I visit with a counselor at Bobby E. Wright Behavioral Health Center. My counselor's name is Dr. Premela Nathaniel and I found the behavioral center on my own and paid with my own money. I visit with Dr. Nathaniel every third Monday or second Monday of the month. I had explained to Dr. Nathaniel that my child is in Department of Children and Services and to regain custody the court wants me to take medication. Dr. Nathaniel said I will be diagnosed and medication will be recommended. I met with the psychiatrist and was diagnosed with a Delusional disorder and I refused medication. Dr. Nathaniel has complied with the court and submitted documents to the court. Dr. Nathaniel wrote a letter to the court and Volunteers of America and gave a positive review of me. In conclusion, I am currently waiting to regain custody of Jaliya and this case needs attention. I respectfully disagree with my lawyer's decision to withdraw.

APPELLATE COURT FIRST DISTRICT
STATE OF ILLINOIS
160 NORTH LASALLE STREET, RM. N1400
CHICAGO, ILLINOIS 60601

RESEARCH DIVISION                                                      (312) 793-2325

September 25, 2015                    Re:    1-15-2175  (Appellate Court Number)
                                             In re J.S., a MINOR
                                             Sixth Division

Ms. Belinda Smith                                    **Anders/Finley**
4727-1/2  South Ellis
Apt. 2B                                       NO EXTENSIONS ALLOWED
Chicago, IL  60615

Dear Ms. Smith:                                   *** F I N A L ***

    The Appellate Court has instructed me to advise you that your appellate lawyer, the court-appointed counsel of Cook County, has filed a petition asking permission to withdraw from your case. Your lawyer has also filed a brief, explaining why your lawyer believes your appeal has no issues of merit, based upon an examination of the record of your case and the applicable law. The law requires your lawyer to do this when your lawyer decides that there is nothing convincing enough to even argue for you in your appeal. Copies of the petition and brief were mailed to you on September 25, 2015.

    If you disagree with your lawyer, the Appellate Court has now given you until **October 26, 2015,** to file with the court an explanation in writing of why you think there are issues of merit in your appeal. **PLEASE NOTE:** There will be no extensions allowed. After that date the Court will examine all proceedings and arguments and decide whether your appeal has merit. The court may grant your lawyer's request to withdraw and affirm the judgment without appointing a new lawyer for you. But if the Court finds any of the legal points arguable on their merits, either another lawyer will be appointed for you or your current lawyer will be ordered to proceed with your appeal.

    Your explanation must be in writing and contain your appellate court number listed above. Mail four copies of your explanation to: Steven M. Ravid, Clerk of the Appellate Court, 160 North LaSalle, 14th Floor, Chicago, IL 60601. **Do not mail these explanations to me, and do not call collect; the Court cannot accept collect telephone calls.**

Sincerely,

Kathleen Warnick

**Kathleen Warnick**, Director
Research Division

KW/mp

 **Illinois Department of Financial and Professional Regulation**

Division of Professional Regulation

Pat Quinn
Governor

Manuel Flores
Acting Secretary

Jay Stewart
Director
Division of Professional Regulation

October 17, 2014

Belinda Smith
4727 1/2 S Ellis Ave Apt 2B
Chicago, IL 60615-1830

RE:   ARSHIYA A BAIG MD
      Case 2014-09891

Dear Belinda Smith:

The Department of Financial and Professional Regulation would like you to be familiar with our Patient Advocate Liaison Program which is available to provide you with service in the area of advocacy, guidance and support.

As your Patient Advocate Liaison, I can provide you with information regarding the status of your case and answer questions you may have. I am here to guide you through the administrative process by providing you with orientation and support.

Please feel free to contact me for assistance. The file reference number that has been assigned to your complaint can be found listed above. Kindly refer to this number in any future communication with us.

Sincerely,

Jessica Pantoja
Acting Patient Advocate Liaison
312/793-8723

Revised_1/14/10



THE UNIVERSITY OF
CHICAGO
MEDICAL CENTER

## CORRECTIVE ACTION FORM FOR BIWEEKLY EMPLOYEES

| | |
|---|---|
| Name: Belinda Smith | Job Title: FSW or FSRW or Cook or Baker |
| Department/Cost Center: FS – 373220; 373202; 373210 | Manager: DONNA ANDERSON |
| Date Issued:   11-14-13 | Union: 743 |

### CORRECTIVE ACTION (*Check only one*)

☐1. Documented Verbal Warning *(Retain in Department File Only)*

☒2. Written Warning

**Employee/Labor Relations must be consulted prior to issuing the following:**

☐3. Final Written Warning (For more serious infractions)
☐4. Suspension Pending Investigation for ____working days, from _____ through _____
  (For more serious infractions)
☐5. Termination

### REASON(S) FOR CORRECTIVE ACTION

☐Violation of Biweekly Employee Attendance Policy
☒Unsatisfactory Work Performance
☐Failure to comply with Pride Values/Care Standards/Workplace Civility Policies

**Employee/Labor Relations must be consulted prior to issuing corrective action for the following:**

☐Violation of UCMC Harassment Policy
☐Falsification or misuse of records or information
☐Insubordination (refusal to follow directive given by individual in a supervisory role)
☐Sleeping or giving the appearance of sleeping on the job
☐Theft
☐Job abandonment
☐Possession or use of intoxicants/Violation of Fitness for Duty Policy
☐Performing job assignment grossly inconsistent with outlined job duties and responsibilities
☐Abusive or threatening language or behavior; fighting
☐Other

Description of reason(s) for action: on 11-14-13 Belinda work position #261 ...poor work peformance during the time of 6:30 and 9am Belinda retreaved 4 carts from units. in this time frame  #261 is required to bring down carts deliver dylassis , set up soak bins, work the dish  mahine theese task were not completed . belind work is not completeded in time frame alloted . continued infractions will progress corrective action up to and including termination.

A copy of this form was: ☒given to / ☐mailed to the above employee on          (date).  11-14-13
Employee Signature/Date:  REFUSED to Sign!  AH
Union Representative Signature/Date:              Union Representation Waived_____(Employee Initials)
Supervisor Signature/Date: DONNA ANDERSON &

| |
|---|
| Please make copies for the following: Employee; Union Steward (if applicable); Department File; and Employee/Labor Relations- except Documented Verbal Warning; which is retained in Department File Only |

Print Form



THE UNIVERSITY OF
**CHICAGO**
MEDICAL CENTER

## CORRECTIVE ACTION FORM FOR BIWEEKLY EMPLOYEES

| Employee Information | |
|---|---|
| Employee Name: Belinda Smith | Job Title: Food Service Worker |
| Dept./Cost Center: | Manager: |
| Date Issued: July 30, 2014 | Union: Local 743 |

**Employee/Labor Relations must be consulted prior to issuing a Final Written Warning or Termination**

### I. CORRECTIVE ACTION (Check only one)

1. ☐ Documented Verbal Warning *(Retain in Department File Only)*
2. ☐ Written Warning
3. ☒ Final Written Warning
4. ☐ Termination

Was the employee suspended pending investigation?   Yes ☐  No ☐

Employee was suspended without pay for            working days, from            through

### II. REASON(S) FOR CORRECTIVE ACTION

☐ Violation of Biweekly Employee Attendance Policy   ☒ Unsatisfactory Work Performance   ☒ Failure to comply with Pride Values/Care Standards/ Workplace Civility Policies

**Employee/Labor Relations must be consulted prior to issuing corrective action for the following:**

☐ Violation of UCMC Harassment Policy

☐ Falsification or misuse of records or information

☐ Insubordination (refusal to follow directive given by individual in a supervisory role)

☐ Sleeping or giving the appearance of sleeping on the job

☐ Theft

☐ Job abandonment

☐ Possession or use of intoxicants/Violation of Fitness for Duty Policy

☐ Performing job assignment grossly inconsistent with outlines job duties and responsibilities

☐ Abusive or threatening language or behavior; fighting

☐ Other

Description or reason(s) for action:

See attached memo.

A copy of this form was:  ☐ given to/   ☐ mailed to the above employee on                (date).

| Employee Signature | Date July 30, 2014 |
|---|---|
| *Maurline Walsh* | |
| Manager Signature | Date July 30, 2014 |
| *Chris Hunt* | |
| Union Representative Signature (or/if) Union Representative Waived   (Employee Initials) *BS* | Date |

Please make copies for the following: Union Steward (if applicable); Department File, and Employee/Labor Relations- except Documented Verbal Warning, which is retained in Department File Only.

Revised E/LR 1/2010

Belinda is being issued a Final Written Warning for unsatisfactory work performance and violating the Medical Center's Service Pride and Civility policies.

On June 27, 2014, Belinda failed to perform her assigned job duties for the day. Her failure to complete her assigned duties has impacted not only the operation of the department but also the patient experience. Belinda was assigned to wash dishes to ensure they are ready for the patient line. Belinda failed to complete her assigned duties.

On June 19, 2014, Belinda was assigned to have all the 2nd, 3rd and 4th floors completed. Belinda was to have the soiled carts changed out as required. When asked if she had completed her assigned tasks, Belinda responded no. Belinda's failure to complete her assigned duties has impacted the operation of the department and also the patient experience.

On June 17th, Belinda was assigned to have all the carts of her assigned floors stripped that day. Belinda failed to complete her assigned tasks impacting the operations and patient experience.

On June 13th, Management met with Belinda to address her work performance. Management expressed to Belinda their concerns regarding her job performance; identifying key issues such as the speed in which she works and completing her assigned tasks. During this meeting, Belinda's conduct was in violation of the Medical Center's Service Pride and Civility policies.

Previously, Belinda has received a Verbal Warning, Written Warning and Suspended for unsatisfactory work performance. Belinda's continued failed to perform her assigned job duties satisfactorily will result in further corrective action up to and including termination of her employment.

Revised_1/14/10



THE UNIVERSITY OF
CHICAGO
MEDICAL CENTER

## CORRECTIVE ACTION FORM FOR BIWEEKLY EMPLOYEES

| Name: Belinda Smith | Job Title: FSW or FSRW or Cook or Baker |
|---|---|
| Department/Cost Center: FS - 373220; 373202; 373210 | Manager: DONNA ANDERSON |
| Date Issued:   01-23-14 | Union: 743 |

### CORRECTIVE ACTION (*Check only one*)

☐1. Documented Verbal Warning *(Retain in Department File Only)*

☒2. Written Warning

**Employee/Labor Relations must be consulted prior to issuing the following:**

☒3. Final Written Warning (For more serious infractions)

☐4. Suspension Pending Investigation for ____ working days, from _____ through ____
(For more serious infractions)

☐5. Termination

### REASON(S) FOR CORRECTIVE ACTIO

☐Violation of Biweekly Employee Attendance Policy
☒Unsatisfactory Work Performance
☐Failure to comply with Pride Values/Care Standards/Workplace Civility Policies

**Employee/Labor Relations must be consulted prior to issuing correctiv**

☐Violation of UCMC Harassment Policy
☐Falsification or misuse of records or information
☐Insubordination (refusal to follow directive given by individual in a supervisory
☐Sleeping or giving the appearance of sleeping on the job
☐Theft
☐Job abandonment
☐Possession or use of intoxicants/Violation of Fitness for Duty Policy
☐Performing job assignment grossly inconsistent with outlined job duties and resp
☐Abusive or threatening language or behavior; fighting
☐Other

**Description of reason(s) for action:** On  01-15-14 Belinda worked  position #261 with unsatisfactory work peformance..failure to bring dirty carts from patient units ,clean dishes ,run dumpster, as indicated in job flow. this peformance is a negative impact on patient service..On 01-23-14 Belinda failed to bring dirty carts from units clean dishes,run dumpster in timley maner as indicated in job flow. This peformance is a a negative impact on patient service . Continued infractions will progress corrective action up to and including termination

A copy of this form was:  ☒given to / ☐mailed to the above employee on _____ (date).

Employee Signature/Date: _____

Union Representative Signature/Date: _____ Union Representation Waived_____ (Employee Initials)

Supervisor Signature/Date: DONNA ANDERSON & Jeffery Jasper

Please make copies for the following: Employee; Union Steward (if applicable); Department File; and Employee/Labor Relations- except Documented Verbal Warning; which is retained in Department File Only

# University of Chicago Medical Center Food Services
## Department Job Flow

### *Position 215C (214B) 10:30pm - 7:00am*

#### *Room Service Attendant (RSA)*

**10:30pm** Clock in, wash hands, adhere to Uniform Policy and then report to your assigned work area. Check with your area manager for any special instructions or changes.

Pick up pager from the manager's office. Respond to all pages within 5 minutes.

*Pager #8917*

Deliver trays following proper procedures. May prepare and assemble all trays according to menu tickets as needed. Place all items the proper disposable packages.

Check trays for accuracy before leaving kitchen.

Assist with any other duties as assigned.

**12:00am** Prep

10 side salads

25 fruit bowls

15 soup bowls

**2:00am to 2:30am Break**

Continue delivering trays as needed

**3:30am to 4:00am Break**

Continue delivering trays as needed

**5:00am**

Replenish trays (pull from Billings)

Mop kitchen

Pull trash

**6:45am**

Restock the reach-in cooler, remove any overnight items and return them to the overnight cart located in the walk-in cooler

Return all disposable containers to the overnight shelf located in the back of the kitchen

Clean coffee pots, microwaves, tray line counters and cold line counters

**7:00pm** Checkout with overnight manager/supervisor return pager to manager's office and clock out

*All duties contained in this work flow are to be completed by the end of the employees shift. Any assignments not completed must be communicated prior to the end of the employees shift and will be dealt with on a case by case basis. Any additional duties within the service grade of the flow may be added daily by management and become the responsibility of the employee instructed, refusal will lead to progressive corrective action up to and including termination.

Revised 9/30/14

Job Duties for Belinda Smith 1/26/15

Prep for overnight

We need a total of at least...

30 fruit cups

20 side salads

15 apple sauces   18

30 vanilla puddings   25

30 peaches   15

8 cottage cheese

15 soups

This should all be prepped by the end of the night.

Side duties...

Mop floors

Remove trash from all garbage cans in the kitchen

Restock trays

Refilled food on the cold line

Job Duties for Belinda Smith 1/20/15

Prep for overnight

We need a total of at least...

30 fruit cups

20 side salads

15 apple sauces

30 vanilla puddings

8 cottage cheese

15 soups

This should all be prepped by the end of the night.

Side duties...

Mop floors

Remove trash from all garbage cans in the kitchen

Restock trays

Refilled food on the cold line

Job Duties for Belinda Smith 1/20/15


Prep for overnight

We need a total of at least...

30 fruit cups *make*

20 side salads *make*

15 apple sauces *13*

30 vanilla puddings *✓*

30 peaches *2*

8 cottage cheese

15 soups *make*

This should all be prepped by the end of the night.


Side duties...

Mop floors

Remove trash from all garbage cans in the kitchen

Restock trays

Refilled food on the cold line

Job Duties for Belinda Smith 1/29/15

Prep for overnight

We need a total of at least...

30 fruit cups ~~35~~ 35

20 side salads  O  8 make 20

15 apple sauces  14

30 vanilla puddings  15  Make

30 peaches  26

8 cottage cheese

15 soups

This should all be prepped by the end of the night.

Side duties...

Mop floors

Remove trash from all garbage cans in the kitchen

Restock trays

Refilled food on the cold line

(1) Received at
2:44am

Job Duties for Belinda Smith 1/29/15

Prep for overnight

We need a total of **at least...**

30 fruit cups

20 side salads

15 apple sauces

30 vanilla puddings

30 peaches

8 cottage cheese

15 soups

**This should all be prepped by the end of the night.**

Side duties...

Refilled food on the cold line

Go to Billings and pick up...

3 large boxes

2 small boxes

1 box flat lids for 5 oz bowls

1 Lge box of 12 oz cups

2 bx. plasticware

Case: 1:16-cv-07441 Document #: 1 Filed: 07/21/16 Page 28 of 48 PageID #:28

Do you see Belinda Smith collect patient trays on a regular basis

on

3rd Flr.

1. Shirisa Spr— NSA

2. Carrie Nelson NSA

3. Alicia Scott NSA (Belinda comes twice on my shift to collect trays.

4. N. Archer

4th Fl 5. Colin Rei— -Sister

6. Dawn Sim— RN

7. Pamela Rogers

8. M. Pappageorge, RN

9. C— (NSA)

10. O— Bensua RN-

11. Jesseca Jen— -Jessica Treadwell -Belinda comes and picks up trays faithfully. She's always kind & hospitable.

12. Jeleth Montanez (NSA) _ She always pick up the tray (Okay)

13. Ashley Cohen RN- overnight No trays were collected (1/23). Belinda came up this morning and took care of the enormous accumulation of trays for us. She is always helpful and kind.

2nd) 14. Jennifer Green RN

15. Christa Wrocle—

16. M— — Doole CBTS Field Service

Nadine (manager) had told me to report to ~~Work~~ Billings Kitchen in Mitchell at 1:00pm on Monday Feb. 25,

DCH Employee

To Whom it may Concern, My name is Belinda Smith and I would like to report an incident. The incident happened between myself and a dishroom co-worker named Marcellus Johnson. I clocked in from lunch break and it was 12:33pm. I performed a PPE routine/appropriate for handling infectious material. The garbage dumpster tends to fill up quickly after its emptied therefore, I have been transferring it more than usual. I started to "run" the dumpster and Marcellus Johnson turned from his work and intervene he said "it aint even nothing in there", You can't keep running these dumpsters and he came toward me and got in my face I did not look at him and he said what the fuck he was very irritated. I said you still can't tell me what to do when he was walking away. I emptied the garbage and we are at work.

It makes no sense that it refills over again. Marcellus wanted to hold on to trash and wait until it overflows which makes no sense. Marcellus work behavior is totall unacceptable. He also have the support from Foodservice Management. No matter how hard I try to fly and issue Foodservice management would allow ongoing problems to continue in order to favor Marcellus. Working under these conditions is a serious problem and there will be more problems created by these individuals. Although it is shameful and seems hopeless less I am waiting on a solution.

1/23/14

on 3rd Flr.

Do you see Belinda Smith collect patient trays on a regular basis.

1. Sherisa Spron USA

2. Carrie Nelson NSA

3. Alicia Scott NSA. (Belinda comes twice on my shift to collect trays.

4. N. Archer

4th Fl 5. Elain Reed - Janitor

6. Dan Sim RN

7. Pamela Rogers

8. M. Pappageorgi, RN

9. Cody Taylor NSA)

10. Osbelda Benawa RN.

11. Jessica Treadwell - Belinda comes and picks up trays faithfully. She's always kind & hospitable.

12. Jeleah Montanez (NSA) - She always pick up the tray (okay)

13. Ashley Cohen RN - Overnight no trays were collected (1/23). Belinda came this morning and took care of the enormous accumulation of trays for us. She is always helpful and kind.

2nd 14. Jennifer Green RN

15. Christa Wradley

16. Marquita M Boutel CBTS Field Service

1/23/14

Do you see Belinda Smith collect patient trays on a regular basis

on 3rd Flr.

1. Sherica Spr—— ____
2. Carrie Nelson NSA
3. Alicia Scott NSA (Belinda comes third on my shift to collect trays.
4. N. Archer
5. ____ Re__ -letter
6. ____ RN
7. Pamela Rodgers
8. M. Pappageorge, RN
9. ____ (NSA)
10. ____ RN.
11. Jessica Treadwell - Belinda Comes and picks up trays with bill She's always kind & hospitable.
12. Jeleth Montanez (NSA) - She always pick up the tray (okay)
13. Ashley Cohen RN - overnight no trays were collected (1/23), Belinda came up this morning and took care of the enormous accumulation of trays for us. She is always helpful and kind.

2nd
14. Jennifer Green RN
15. Christa Wied—
16. ____ CBTS Field Service

1/23/14

Do you see Belinda Smith collect patient trays on a regular basis

on 3rd Flr.

1. Sherisa Sprom NSA

2. Carrie Nelson NSA

3. Alicia Scott NSA (Belinda comes twice on my shift to collect trays.

4. N. Aucheng

4th Fl 5. Clain Reinf -futer

6. Dawn Sin RN

7. Pamela Rogers

8. M. Pappageorge, RN

9. Cora Taylor (NSA)

10. Osayoka Benowa RN.

11. Jessie ___ Jessica Treadwell. - Belinda Comes and picks up trays faithfull.
She's always kind & hospitable.

12 Jeleth Montanez (NSA) - She always pick up the tray (okay)

13. Ashley Cohen RN - Overnight No trays were collected (1/23), Belinda came up this morning and took care of the enormous accumulation of trays for us. She is always helpful and kind.

2nd 14. Jennifer Green RN

15. Christa Wiccley

16. Marquita M Boose CBIS Field Service

Case: 1:16-cv-07441 Document #: 1 Filed: 07/21/16 Page 34 of 48 PageID #:34

Nov                                                                                      1  /14

Have you seen people collect trays from the patients dirty
trays carts on this floor?

1.
2.
3.

Did you witness Belinda Smith place an empty cart
on 3 North east on Jan.13 2014, only to notice
that it disappear from
had disappeared from the unit?

1.

Did you witness a small cart that only hold 10 trays
on 3 south west when it is suppose to be a larger cart that holds
1 20 trays?
2 Ninu Pun

DO you see Belinda Smith collect <sup>patient trays</sup> on a regular Basis?

1. 

2. Natisha Monroe

3. Tom Gordon

4.

5.

6.

Did you converse with Belinda Smith that someone <sup>had</sup> collected trays from the cart while <sub>patient dirty</sub> ~~she~~ was ~~inside~~ the workplace? <sub>she</sub>

1. Theresa Meling

1/24/14

On 3 Northeast West worker did not pick up patient tra

1. ~~Tina~~ Ayr 7p-7a

Nakita Moncu NSA 7A-7p

The Cart that was left from overnight holds ten trays instead of 20 trays & this is on 4 North east.

1. J. McEnerny
2. M. Guth
3. Shirly Ware
4. V. Noge
5. J. Treadwell

Food service worker did not pick up food cart last night.

Kristy Um R.N. 3SW

carmen R

35W

Feb 16, 2014

There are 2 carts on the 45W side and its not suppose to be here due to Patient care services. @ @ 0900 on 2/16/14

1. *Klunding* —Suzanne Hunding RN

2/16/14

At 1:00pm I pulled carts to 4th flr, 3rd and 2nd Flrs. I had no help with this mission as I pulled the last third cart to the kitche, Manager Jeffery told me to stay at 2:25pm clownstairs and he would. take ove Units 3sw and 2nd flr were not pulled

Feb, 21, 2014

I started the daily routine at work and at 7:03 AM I was coupled with a trainee Irvin up until 8:30am When all of my carts were pulled. Irvin was then pulled from my care for the rest of the work day. ~~I worked as much~~ stripped down a whole cart before going upstairs I ~~repeated~~ started after 1pm about 1:10pm When I left the dishroom, and repeated to morning routine alone 5 large carts and 1 small carts. After my carts Were pulled and parked Around 2:40pm Bernard ~~~~ had came upstairs and ~~said~~ someone ~~~~ called about dirty carts on 3rd flr and had taken One dirty cart I pulled the rest of the 5 carts alone had no time to help strip down. I was so 3 minutes late coming from break time.

I was ~~not~~ about to Collect my Carts from 4, 3, and 2nd floor when Karl the manager told me to stay in the Kitchen to help strip carts. I had explained to him about the many carts ~~M~~ doubled stuffed Carts I had this morning ~~and~~ and I am always expected to do everything on my own. Management do not send me any help they want things to overflow and is looking to Place blame. Before leaving I checked the tray line and there was plenty ~~too~~ until I return from my pick up. Management is very Untrust-worthy.

3/12/14

at 3:003pm Keith the manager pulled me from the 3rd flr 3NW and said to come to the dishroom to do the work this is okay with me but I also stated that I had not collected the rest of my work from my floors I explained I was tired of my carts overflowing being neglected he stated he did not care meaning he don't care how I feel and have no respect for me. Management prove to be normal... daily basis

1:02pm

It is my usual time to collect patient trays and there is nothin to do. I explained to manager Jeffery that this is a problem he told me to pull the clothes to the front which was least important than my usual work. I have received 7 wrongful and false write ups and I am determined to do a good job even if I surpass everyone classe. I have tried to be civil but these people I am dealing with and is in charge are abnormal. I have nothing to do and it is 1:09 pm. 8 the workers i've seen in the dishroom today are Jordan ~~~~~~~~~~~~~~~~~~~~~~~~~~ stripping trays ~~

CK he is always a solid worker and sometimes gets taken advantage of due to his hard work and dedication and steve. Henton help pulled a line of dishes from the dishm-achine. It is 1:17 pm and there is nothing to do. I am very upset because from this morning ~~it does not seem lef~~ the work load was very light and the way that it should be because I work hard enough. At 1:25pm Jeffery the manager brought down drugs from the 5th flr which goes against what Management said in the past year. That me and Marcellis is to work seperately in which I strongly disagreed due to patient service. I was way ahead and advanced with the tray line management supported the seperate way

3:16pm                                                                    3/39/14

Today I worked the 1st day of being in the dishroom. I had wor.
with Irvin. Management then ~~Robbie~~ got CK, Justine, Irvin, and
Mathias to pull carts from the floors. My work was slow and I
tried to stay busy. It was hard and then break came and went
and I ~~o~~ helped with the rest of the dishes, ~~then~~ Irvin was
still working and went on break at 1:00pm. I ran the work thr
ough the dishmachine and work was still slow 2:00 pm
Irven returned from break up went upstairs. At 2:13pm CK
then went upstairs and brought a ~~cart~~ cart down, the time was
2:30pm. Mathias brought a cart down at 2:35pm.
CK ~~o~~ cart was full and heavy it only missed 3 trays, Mathias
cart was half-way full and light and I had work still. or.
the ~~belt~~ belt. This is already a bad start due to the lack of
help that I receive and the ~~nobody~~ many issues ~~ie~~ had
with management. Management should encourage the worker
to go upstairs and collect the work so that I can complete it
and everything can be already. Milton had came along to help
me while some of my work was still on the belt. But this is
unacceptable although I really am grateful for someone's help.

6:48 Am

4/4/14

There is a cart left from the 4th flr. there are 13 trays left on the cart.

8-04-14

Around 11:19Am Andrea the manager told me to rack the silverware and run it through the machine 3 times. Andrea said that this was something new.

Piney

Model ICD-20-2
Serial no. 061321 I

For service
888-673-
4639

# SMITH DEPOSITION

# EXHIBIT 15

aramark ✖ **University of Chicago Medicine**

| Job Title: | Food Service Worker | Job Category: | 743 |
|---|---|---|---|
| Department/Group: | Food Services | Job Code/ Req#: | Position 77 |
| Location: | Billings Café | Days of Week: | Mon- Friday |
| Level/Salary Range: | Front-line Hourly | Position Type: | Full-Time |
| HR Contact: | | Position Time: | 5.30a- 2.00pm |
| Will Train Applicant(s): | Retail line server(s) | | |

## Job Description

### Role and Responsibilities

Perform a variety of tasks, from serving prepared food, stocking supplies, cleaning counters, preparing coffee, greeting customers and answering questions, etc. Food servers are experts at customer service.

- Customer service is the number one task
- Greet & thank customers in a customer-friendly manner
- Up-sale commentary items with all food purchases
- Maintain clean and orderly work area at all times

**5:30am**

Report to work, dressed in clean uniform and according to department policy, retrieve hair restraint, wash hands and report to assigned working area

**5:35am**

Ensure work station has both sanitizer and cleaning buckets (Red/Green), and station is set-up with utensil for food items, food containers, gloves and disposable towels.

**5:40am**

Begin preparing coffee, according to coffee program, and ensure all coffee & tea condiments are stocked: sugar, sugar substitute, stirrers, cups, lids, creamer, honey, lemon hot cocoa, etc.

**5:50am**

Begin Continental Breakfast set-up.

- Assorted breads (wheat, white, raisin, etc.)
- Ass. English muffins
- Assorted Bagels
- Stock whole fruit for FOH, based on seasonal availability.
- Setup topping station (Granola, brown sugar, raisins, etc.)
- Ensure all items have appropriate utensils, and lids for hot cereal
- Plug in Toaster

**6:20am**

Report to Station- Prepare Display plates. Calibrate thermometer & record initial holding temperature of breakfast line items, including hot cereals, according to HACCP policy

**6:30am- 8:20am**

Begin serving Guest in a customer-friendly manner, using the WEST training model

**8:20am**

Record holding temperatures of breakfast line items, including hot cereals, according to HACCP policy, wipe serving line.



EXHIBIT 1

15

Smith 3|28|18

PENGAD 800-631-6989

UCMC0119

aramark ☆ University of Chicago Medicine

**8:30am- 9:30am**

1 hour Break

**9:30am- 10:30am**

Return from break. Wash hands and return to work area. Continue serving Guest in a customer-friendly manner.

**10:30am- 10:50am- Café closed**

Ensure all remaining customers have been assisted. Begin preparing serving line for lunch:

- Wash serving utensil and display plates.
- Clean and sanitize serving line
- Re-fill Topping Station (Granola, brown sugar, raisins, etc.)
- Remove Continental Breakfast Set-up (see above); date and label as needed
- Restock whole fruit for lunch as needed

**10:50am**

Report to Station- Set- up utensils for Lunch and prepare display plates. Record initial holding temperature of Lunch line items, including soups, according to HACCP policy

**11:00am-12:50pm**

Begin serving Guest in a customer-friendly manner, using the WEST training model

**12:50pm**

Record holding temperature of breakfast line items, including soup, according to HACCP policy, wipe serving line, while continuing to serve guest in a customer-friendly manner

**1:00pm- 2:00pm**

Continue to serve guest in a customer-friendly manner

**2:00pm**

Complete all other duties as assigned by management- Leave for the day.

Preferred Skills: Customer Service Skills.

| Reviewed By: | | Date: | |
|---|---|---|---|
| Approved By: | | Date: | |
| Last Updated By: | BOL | Date/Time: | 05/27/2014 2:39pm |

**BOL**

UCMC0120

2

# SMITH DEPOSITION

# EXHIBIT 16

Print Form



THE UNIVERSITY OF
**CHICAGO**
MEDICAL CENTER

## CORRECTIVE ACTION FORM FOR BIWEEKLY EMPLOYEES

### Employee Information

Employee Name:  Belinda Smith                    Job Title: FoodService Utility Worker
Dept./Cost Center: Food Service                   Manager: Amy Grzyb
Date Issued:        2-8-2013                       Union:   743

### Employee/Labor Relations must be consulted prior to issuing a Final Written Warning or Termination

**I.    CORRECTIVE ACTION (Check only one)**

1. ☒ Documented Verbal Warning (*Retain in Department File Only*)
2. ☐ Written Warning
3. ☐ Final Written Warning
4. ☐ Termination

Was the employee suspended pending investigation?   Yes ☐ No ☒

Employee was suspended without pay for _____ working days, from _____ through _____

### II.   REASON(S) FOR CORRECTIVE ACTION

☐ Violation of Biweekly Employee Attendance Policy
☒ Unsatisfactory Work Performance
☐ Failure to comply with Pride Values/Care Standards/ Workplace Civility Policies

### Employee/Labor Relations must be consulted prior to issuing corrective action for the following:

☐ Violation of UCMC Harassment Policy

☐ Falsification or misuse of records or information

☐ Insubordination (refusal to follow directive given by individual in a supervisory role)

☐ Sleeping or giving the appearance of sleeping on the job

☐ Theft

☐ Job abandonment

☐ Possession or use of intoxicants/Violation of Fitness for Duty Policy

☒ Performing job assignment grossly inconsistent with outlines job duties and responsibilities

☐ Abusive or threatening language or behavior; fighting

☐ Other

Description or reason(s) for action:

1. Time management:  Time to perform core functions of position are below department standards such as
• On January 28 2013, was observed scrapping 6 dirty trays, which took approximately 25 mins
• takes 45 min + to collect dirty trays from Comer floors

A copy of this form was:  ☒ given to/  ☐ mailed to the above employee on _____ (date).

Employee Signature        *refused to sign*                       Date  2-8-13
Manager Signature         *(signature)* Nadine Johnson            Date  2-8-13
Union Representative Signature (or/if) Union Representative Waived   (Employee Initials)   Date
S. Bailey                                                          2-8-13

Please make copies for the following: Union Steward (if applicable); Department File; and Employee/Labor Relations- except Documented Verbal Warning; which is retained in Department File Only.

Revised E/LR 1/2010

UCMC0123

EXHIBIT
16
Smith  3/28/18
PENGAD 800-631-6989

1. Time management:   Time to perform core functions of position are below department standards such as

- On January 28 2013, was observed scrapping 6 dirty trays, which took approximately 25 mins
- takes 45 min + to collect dirty trays from Comer floors
- efficiency in completing job requirements, such as stocking hot and cold areas

2. Communication:

- lack of communication between 322/321 to complete the duties efficiently.

3. Attitude:

- has exhibited poor attitude towards peers
- when asked to do a particular task that deviates from own personal routine, she exhibits poor attitude towards manager on duty which includes rolling eyes, mumbling underneath her breath and had various gestures
- Consistently question assignments/tasks given by management such as on Tuesday 2-5-2013 when asked to strip carts instead of collect dirty trays.   She spent approximately 20 mins discussing with manager on duty how that task will put her behind.

UCMC0124

# SMITH DEPOSITION

# EXHIBIT 17

Revised_1/14/10



THE UNIVERSITY OF
CHICAGO
MEDICAL CENTER

## CORRECTIVE ACTION FORM FOR BIWEEKLY EMPLOYEES

| Name: Belinda Smith | Job Title: FSW or FSRW or Cook or Baker |
|---|---|
| Department/Cost Center: FS - 373220; 373202; 373210 | Manager: DONNA ANDERSON |
| Date Issued:   11-14-13 | Union: 743 |

### CORRECTIVE ACTION (*Check only one*)

☐1. Documented Verbal Warning *(Retain in Department File Only)*

☒2. Written Warning

**Employee/Labor Relations must be consulted prior to issuing the following:**

☐3. Final Written Warning (For more serious infractions)
☐4. Suspension Pending Investigation for ____working days, from _____ through _____
    (For more serious infractions)
☐5. Termination

### REASON(S) FOR CORRECTIVE ACTION

☐Violation of Biweekly Employee Attendance Policy
☒Unsatisfactory Work Performance
☐Failure to comply with Pride Values/Care Standards/Workplace Civility Policies

**Employee/Labor Relations must be consulted prior to issuing corrective action for the following:**

☐Violation of UCMC Harassment Policy
☐Falsification or misuse of records or information
☐Insubordination (refusal to follow directive given by individual in a supervisory role)
☐Sleeping or giving the appearance of sleeping on the job
☐Theft
☐Job abandonment
☐Possession or use of intoxicants/Violation of Fitness for Duty Policy
☐Performing job assignment grossly inconsistent with outlined job duties and responsibilities
☐Abusive or threatening language or behavior; fighting
☐Other

Description of reason(s) for action: on 11-14-13 Belinda work position #261 ... poor work peformance during the time of 6:30 and 9am Belinda retreaved 4 carts from units. in this time frame #261 is required to bring down carts deliver dylassis , set up soak bins, work the dish mahine theese task were not completed . belind work is not completeded in time frame alloted . continued infractions will progress corrective action up to and including termination.

A copy of this form was: ☒given to / ☐mailed to the above employee on _____ (date). 11-14-13

Employee Signature/Date: Refused to Sign! AH

Union Representative Signature/Date: _____ Union Representation Waived_____ (Employee Initials)

Supervisor Signature/Date: DONNA ANDERSON &

Please make copies for the following: Employee; Union Steward (if applicable); Department File; and Employee/Labor Relations- except Documented Verbal Warning; which is retained in Department File Only

EXHIBIT
17
Smith 3/28/18

UCMC0125

Had several call offs this morning and were short a loader. We did have an extra RSA so we moved people around to cover off positions.

Note: Schedules changes are made and the crew sheets were not updated. Even though they are all done, I would suggest double checking them on a constant (with their bumping abilities, shift switches and our call offs, it's hard to keep up).

We met with Belinda and had union rep, Devina, present as well. We discussed concerns about Belinda's job performance identifying key issues such as the speed at which she works ( and not completing 2 soiled cart change outs per shift), and also pushing the cart ahead of her and slowing sauntering up to it, only to push it again. Richard did note that this was the second time that she was spoken to about this behavior. I did discuss that I have reviewed the job flows and made adjustments to even the workout between both positions. Davina expressed concern that the union was not notified about this change and we have agreed to have communication on the new job flow and having Belinda back to her position as described by the job flow. It should be noted that Belinda did not take responsibility for her behavior and did continue to point out what others are doing wrong. (Richard, from here I will let you document the disrespect, and any other points about the meeting that you feel should be documented). We closed the meeting and asked Belinda that for the time being she not worry about what others do, make sure she works fast enough to get to her carts twice a day so nothing is left over until the following shift and in turn the next day and to also hold onto the cart the entire time that she is moving the cart.

We will meet with both Belinda and Marcellus on Monday to provide and review the new job flows. Reiterate expectations

Service recovery: TS519 – dirty silverware complaint – knife did have some residue on it and fork had water spots. No other issues. Patient is happy with our service but thought someone should know of silverware so it could be corrected. He appreciated the visit.

Need a lock box for cash for guest trays – maybe a small one to keep in the desk drawer. The money is to be passed in after each shift? Richard and Erin to be working on routine for this as Billings is the only area left to establish a good routine. Also, make sure pages come to us for every guest tray – a few slip through.

Position 222B should start at 7am. Yesterday I worked the line and things were smoother and we did not have long wait times related to our side backing up. Again this morning we had the third person helping on the start and we caught up to our tags. If accommodations were made for Claudia, I suggest that when anyone aside from her works it start at 7 and then work on system or change for the days that Claudia is scheduled.

UCMC0126

# SMITH DEPOSITION

# EXHIBIT 18

Revised_1/14/10



THE UNIVERSITY OF
CHICAGO
MEDICAL CENTER

## CORRECTIVE ACTION FORM FOR BIWEEKLY EMPLOYEES

| Name: Belinda Smith | Job Title: FSW or FSRW or Cook or Baker |
|---|---|
| Department/Cost Center: FS - 373220; 373202; 373210 | Manager: DONNA ANDERSON |
| Date Issued: 4/9/2014 | Union: 743 |

## CORRECTIVE ACTION (*Check only one*)

☐1. Documented Verbal Warning *(Retain in Department File Only)*

☒2. Written Warning

### Employee/Labor Relations must be consulted prior to issuing the following:

☐3. Final Written Warning (For more serious infractions)
☐4. Suspension Pending Investigation for ____working days, from _____ through _____
(For more serious infractions)
☐5. Termination

## REASON(S) FOR CORRECTIVE ACTION

☐Violation of Biweekly Employee Attendance Policy
☒Unsatisfactory Work Performance
☒Failure to comply with Pride Values/Care Standards/Workplace Civility Policies

### Employee/Labor Relations must be consulted prior to issuing corrective action for the following:

☐Violation of UCMC Harassment Policy
☐Falsification or misuse of records or information
☐Insubordination (refusal to follow directive given by individual in a supervisory role)
☐Sleeping or giving the appearance of sleeping on the job
☐Theft
☐Job abandonment
☐Possession or use of intoxicants/Violation of Fitness for Duty Policy
☐Performing job assignment grossly inconsistent with outlined job duties and responsibilities
☐Abusive or threatening language or behavior; fighting
☐Other

PENGAD 800-631-6989

EXHIBIT

18

Smith 3/28/18

Description of reason(s) for action: On 4/8/2014 @ approx 2:15pm the dishroom work station that you were working was found in the condition of the attached photo. You were trained and directed not to leave the station in that condition. You refuse to follow directions and state "that you would do the work the way you wanted and it was not up to Managers to show you how to do your job". You are unable to complete the work assigned in the job flow within the time required. Your work was left incomplete and had to be finished by two Managers-Mr. Karl Betts and Mr. Terry Bomkamp.

On 4/9/2014 at 6:45 am you were retrained by Manager, Mr. Terry Bomkamp on how to complete the work assigned to you in the job flow. Your dishroom work station was found in an unacceptable condition and not in accordance to the most recent training completed on 4/8/2014. See attached photo's taken approximately 10:15am. Training had been done with you several times in the last 2 weeks by Mr. Karl Betts, Manager. Mr. Terry Bomkamp, Manager, had cleared the dirty dishes that accumulated and put the work station back in correct order. He then attempted to retrain you @ 11:20am with the assistance of Mr. Rodney Smith, Manager and Ms. Sandra Jackson, Manager. You refused to listen, walked away several times, raised your voice to a level of shouting. You further stated that you were not going to follow the training and directions given. You were then advised to take your break and return to work at the assigned time and follow the training outlined by Mr. Terry Bomkamp, Mr. Rodney Smith and Ms. Sandra Jackson.

UCMC0127

Revised_1/14/10

A copy of this form was: ☐given to / ☐mailed to the above employee on          (date).

Employee Signature/Date:_____

Union Representative Signature/Date:_____Union Representation Waived_____(Employee Initials)

Supervisor Signature/Date: **DONNA ANDERSON &**

---

**Please make copies for the following: Employee; Union Steward (if applicable); Department File; and Employee/Labor Relations- except Documented Verbal Warning; which is retained in Department File Only**

---

UCMC0128

# SMITH DEPOSITION

# EXHIBIT 19

Print Form



THE UNIVERSITY OF
CHICAGO
MEDICAL CENTER

## CORRECTIVE ACTION FORM FOR BIWEEKLY EMPLOYEES

### Employee Information

Employee Name: Belinda Smith
Dept./Cost Center:
Date Issued: July 30, 2014

Job Title: Food Service Worker
Manager:
Union: Local 743

**Employee/Labor Relations must be consulted prior to issuing a Final Written Warning or Termination**

### I. CORRECTIVE ACTION (Check only one)

1. ☐ Documented Verbal Warning (*Retain in Department File Only*)
2. ☐ Written Warning
3. ☒ Final Written Warning
4. ☐ Termination

Was the employee suspended pending investigation? Yes ☐ No ☐

Employee was suspended without pay for _____ working days, from _____ through _____

### II. REASON(S) FOR CORRECTIVE ACTION

☐ Violation of Biweekly Employee Attendance Policy
☒ Unsatisfactory Work Performance
☒ Failure to comply with Pride Values/Care Standards/ Workplace Civility Policies

**Employee/Labor Relations must be consulted prior to issuing corrective action for the following:**

☐ Violation of UCMC Harassment Policy

☐ Falsification or misuse of records or information

☐ Insubordination (refusal to follow directive given by individual in a supervisory role)

☐ Sleeping or giving the appearance of sleeping on the job

☐ Theft

☐ Job abandonment

☐ Possession or use of intoxicants/Violation of Fitness for Duty Policy

☐ Performing job assignment grossly inconsistent with outlines job duties and responsibilities

☐ Abusive or threatening language or behavior; fighting

☐ Other

Description or reason(s) for action:

See attached memo.

A copy of this form was: ☐ given to/ ☐ mailed to the above employee on _____ (date).

| | Date |
|---|---|
| Employee Signature | July 30, 2014 |
| Manager Signature | July 30, 2014 |
| Union Representative Signature (or/if) Union Representative Waived (Employee Initials) BS | Date |

Please make copies for the following: Union Steward (if applicable); Department File; and Employee/Labor Relations- except Documented Verbal Warning; which is retained in Department File Only.

Revised E/LR 1/2010

UCMC0129

EXHIBIT
19
Smith 3/28/18
PENGAD 800-631-6989

Belinda is being issued a Final Written Warning for unsatisfactory work performance and violating the Medical Center's Service Pride and Civility policies.

On June 27, 2014, Belinda failed to perform her assigned job duties for the day. Her failure to complete her assigned duties has impacted not only the operation of the department but also the patient experience. Belinda was assigned to wash dishes to ensure they are ready for the patient line. Belinda failed to complete her assigned duties.

On June 19, 2014, Belinda was assigned to have all the 2nd, 3rd and 4th floors completed. Belinda was to have the soiled carts changed out as required. When asked if she had completed her assigned tasks, Belinda responded no. Belinda's failure to complete her assigned duties has impacted the operation of the department and also the patient experience.

On June 17th, Belinda was assigned to have all the carts of her assigned floors stripped that day. Belinda failed to complete her assigned tasks impacting the operations and patient experience.

On June 13th, Management met with Belinda to address her work performance. Management expressed to Belinda their concerns regarding her job performance; identifying key issues such as the speed in which she works and completing her assigned tasks. During this meeting, Belinda's conduct was in violation of the Medical Center's Service Pride and Civility policies.

Previously, Belinda has received a Verbal Warning, Written Warning and Suspended for unsatisfactory work performance. Belinda's continued failed to perform her assigned job duties satisfactorily will result in further corrective action up to and including termination of her employment.

UCMC0130

# SMITH DEPOSITION

# EXHIBIT 20

Print Form



THE UNIVERSITY OF
CHICAGO
MEDICAL CENTER

## CORRECTIVE ACTION FORM FOR BIWEEKLY EMPLOYEES

### Employee Information

Employee Name:  Belinda Smith
Dept./Cost Center: 373220 .
Date Issued:  3/19/15

Job Title: Foodservice Worker
Manager: Calandria Goshay
Union:  743

### Employee/Labor Relations must be consulted prior to issuing a Final Written Warning or Termination

### I. CORRECTIVE ACTION (Check only one)

1. ☐ Documented Verbal Warning (Retain in Department File Only)
2. ☐ Written Warning
3. ☒ Final Written Warning
4. ☐ Termination

Was the employee suspended pending investigation?  Yes ☒ No ☐

Employee was suspended without pay for ____ working days, from ____ through ____

### II. REASON(S) FOR CORRECTIVE ACTION

☐ Violation of Biweekly Employee Attendance Policy

☒ Unsatisfactory Work Performance

☒ Failure to comply with Pride Values/Care Standards/ Workplace Civility Policies

### Employee/Labor Relations must be consulted prior to issuing corrective action for the following:

☐ Violation of UCMC Harassment Policy

☐ Falsification or misuse of records or information

☐ Insubordination (refusal to follow directive given by Individual in a supervisory role)

☐ Sleeping or giving the appearance of sleeping on the job

☐ Theft

☐ Job abandonment

☐ Possession or use of intoxicants/Violation of Fitness for Duty Policy

☒ Performing job assignment grossly inconsistent with outlines job duties and responsibilities

☐ Abusive or threatening language or behavior; fighting

☒ Other

Description or reason(s) for action:

See attachment

A copy of this form was: ☒ given to/ ☐ mailed to the above employee on 3/19/15 (date).

| Employee Signature | Date |
|---|---|
| Refuse to Sign | 3-20-15 |
| Manager Signature | Date |
| Martyn Well | 3-20-15 |
| Union Representative Signature (or/if)  Union Representative Waived  (Employee Initials) | Date |
| Amanda Callen | 3-20-15 |

Please make copies for the following: Union Steward (if applicable); Department File; and Employee/Labor Relations- except Documented Verbal Warning; which is retained in Department File Only.

Revised E/LR 1/2010



EXHIBIT
20
Smith 3/28/18

UCMC0131

Belinda is being issued a Final Written Warning for the following violations:

- Unsatisfactory Work Performance
- Employee Termination Policy (HR 212); inconsiderate or inappropriate treatment of co-employees and performing job assignments grossly inconsistent with outlined job duties and responsibilities, or Medical Center policies and procedures.
- Workplace Civility (HR 1012); Workplace behavior is behavior that creates an atmosphere and environment that enhances and promotes respect for the integrity, dignity and worth of each and every human being.
- Service Pride (HR 601)

Previously, Belinda received a final written warning on July 30, 2014 for unsatisfactory work performance.

On February 4, 2015 Belinda was escorted out of the kitchen because she was yelling at Calandria Goshay. She was extremely hostile and claims that everyone was out to get her. After several attempts to calm her down, she continued to yell at her after she was warned that she would be asked to leave the kitchen if she didn't lower her voice and calm down.

There has been other Incidents involving Belinda in which her performance and conduct is inconsistent with Medical Center policies. They are as follows:

On January 30, 2015 Belinda was informed that she must tell her manager before goes out on break. She argued with Calandria telling her that she shouldn't be expected to remember things like that and that Calandria was conspiring against her.

On January 18, 2015 Belinda snatched a mop out of a coworkers hand as she attempted to clean up a spill. She also stopped Shelvon Johnson on her way to deliver a cart so she could reheat soup because she said that they didn't do it the right way the first time.

On January 17, 2015 Belinda was stopping her coworkers in the kitchen to check on the tickets and the boxes because she said that they were making mistakes and that they were asking her to make things that weren't on the patients' tickets. When Calandria explained to her that was not her responsibility, she began yelling stating that everyone was conspiring against her and that Calandria wanted to get her fired.

On January 16, 2015 Belinda was slow at making sandwiches. Calandria spoke with her about the time she was taking making sandwiches and she responded that she was doing a great job.

On December 11, 2014 Belinda was spoken to by Calandria regarding chicken noodle soup. She was asked to use the soup the evening crew made before she used the ones she prepped yesterday. She continued to pull the soup out of the refrigerator and was told she needed to follow directions.

Going forward Belinda is expected to perform her assigned job duties and responsibilities effectively. In addition, Belinda's behavior is to be consistent with the expectations of the Medical Center policies. Failure to do so will result in further corrective action up to and including termination of her employment.

UCMC0132

| UCM | STARTER / EXPO-FOOD SERVICE |
|---|---|

TIME ACTIVITY SCHEDULE      Updated-Date 03/03/2015

| Position: | PM Starter/Expo | Supervisor: | Patient Services Manager |
|---|---|---|---|
| Position #: | 215b | Huddle | 11:00p |
| Hours: | 10:30p-7:00a | Meal Break: | Typically at 2:00a to 3:00a |
| | | | |

| Time | Task | Standard of Performance |
|---|---|---|
| 10:30p-2:00a | ➢ Clock in restrain hair and wash hands<br>➢ Adhere to uniform policy<br>➢ Assemble 100 boxed meals<br>➢ Assemble dialysis trays | ➢ Prep 4oz portions of mixed fruit<br>➢ Prep turkey sandwiches on white bread<br>➢ Apple juice<br>➢ Mayo<br>➢ Mustard<br>➢ Plasticware |
| | ➢ Pull down dirty trays from each unit in Billings<br>➢ | Collect dirty trays from the 2,3,4,5, and 6th floor along all other D units and bring them down to the dish room |
| 2:00a-3:00a | ➢ Break | |
| 3:00a-7:00a | ➢ Clock in restrain hair and wash hands<br>➢ Help assemble sandwiches on tray line as needed.<br>➢ Replenish the deli items on cold line<br>➢ Clean and sanitize the cutting board and all counters and microwaves in that area | ➢ Use Oasis 146 sanitizing solution<br>➢ Use the FIFO method when replenishing deli items<br>➢ Label and date all items on the line. |
| 7:00a | ➢ Clock Out and exit the work area | |

- All duties contained in this job flow are to be completed by the end of the employees shift. Any assignments not completed must be communicated to the Supervisor prior to the end of the employee shift and will be dealt with on a case by case basis. Any additional duties within the service grade of the flow may be added daily by management and become the responsibility of the employee instructed. Refusal of such duties will lead to progressive action up and including termination.

_____
Employee Signature

3/20/15
Date

UCMC0133

# SMITH DEPOSITION

# EXHIBIT 21



THE UNIVERSITY OF
**CHICAGO**
MEDICINE
THE UNIVERSITY OF CHICAGO
MEDICAL CENTER

June 24, 2015

**VIA FIRST CLASS U.S. MAIL**
Belinda Smith
727 E. 60th Street
Chicago, IL 60637

Re: **Termination of Employment**

Dear Ms. Smith:

This letter serves as written notice that your employment as a Food Service Worker with the University of Chicago Medical Center ("UCMC") is being terminated effective June 5, 2015 for violation of UCMC policies:

1. HR212 - Termination
   - Engaging or participating in physical violence, and/or the threat of physical violence or other inappropriate conduct against any person or property;

2. HR614 - Workplace Aggression
   - Non-Physical Assault, defined as verbal or non-verbal threats, gestures, offensive or intimidating comments, made by one or more persons toward another person or persons, which would lead a reasonable person to believe that he/she is in danger of personal harm or fear for their safety or the safety of their personal possessions, property or other persons.

3. Workplace Civility - HR1012
   - Respecting Fellow Employees

4. UCMC Standards of Behaviors
   - Use respectful, professional language at all times
   - Be mindful of my body language, actions, and tone
   - Resolve conflicts in private and talk to the person with whom I have an issue

The above violations, together or separately, are considered serious enough such that a single violation may warrant termination of employment.

ALL UCMC Property (e.g., identification badge, parking hang tag, keys, uniform, etc.) must be returned to your supervisor. Unless you notify us differently, your final paycheck if due, will be direct deposited to your account, (provided you were a participant in the direct deposit program on your last day of active employment) or will be sent to the home address we have on file for you. In addition, relevant benefits notifications will be mailed to you within the next thirty (30) days.

Sincerely,

Marilyn Walls
Marilyn Walls

cc: Human Resources Personnel file

EXHIBIT
21
Smith 3/28/18
PENGAD 800-631-6989

UCMC0149