# EXHIBIT 4

# MARILYN WALLS
# DECLARATION

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BELINDA SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 16CV7441 |
| THE UNIVERSITY OF CHICAGO MEDICAL CENTER,[1] | ) ) Judge Aspen ) |
| Defendant. | ) ) ) |

## DECLARATION OF MARILYN WALLS

Marilyn Walls, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.    I am a resident of Indiana.

2.    I am over 18 years of age and competent to give the testimony in this declaration.

3.    I have personal knowledge of the facts in this declaration.

4.    I am currently employed by Aramark Healthcare Hospitality ("Aramark") as Director of Food Services at The University of Chicago Medical Center ("UCMC").

5.    Calandria Goshay ("Goshay") is a Patient Services Manager for Aramark, who manages food service staff at UCMC. I have been Ms. Goshay's direct supervisor from at least April 2014 to the present. Goshay was Belinda Smith's ("Smith") direct supervisor from April 2014 to June 5, 2015.

6.    On June 13, 2014, I met with Ms. Smith to address her work performance. I identified key performance issues such as the speed in which she works and completing her assigned work tasks. During the meeting, Smith was disruptive and argumentative, and would

---

[1]    The Defendant was improperly named in the Complaint as "University of Chicago Medical Centers Food Service." There is no such entity. The proper Defendant is The University of Chicago Medical Center.

not allow her managers to speak about her performance. After she interrupted others in the meeting several times, she was asked to allow others to speak. She continued to interrupt and argue. Her conduct during the meeting violated UCMC Service Pride and Civility Policies.

7. On July 30, 2014, I issued a Final Written Warning to Ms. Smith for "Unsatisfactory Work Performance" and "Failure to Comply with Pride Values/Core Standards/Workplace Civility Policies". A true and correct copy of the July 30, 2014 Final Written Warning from her personnel file is attached hereto as Walls Exhibit A.

8. Ms. Smith's workplace behavior did not improve after she received the Final Written Warning.

9. On January 17, 2015, Ms. Smith stopped her co-workers in the kitchen to check on the meal tickets and the meal boxes because she said that her co-workers were making mistakes and that they were asking her to make things that weren't on the patients' meal tickets. When Goshay explained to Smith that that was not her responsibility, Smith began yelling at Goshay stating that everyone was conspiring against her and claiming that Goshay wanted to get her fired.

10. On January 18, 2015, Ms. Smith snatched a mop out of a co-worker's hand as she attempted to clean up a spill. Smith also stopped a co-worker on her way to deliver a cart so Smith could reheat soup because Smith said that they didn't do it the right way the first time.

11. Ms. Smith also refused to follow directions. For example, on January 30, 2015, Smith was informed that she must tell her manager before she goes out on break. Smith argued with Goshay telling her that she shouldn't be expected to remember things like that and that Goshay was conspiring against her.

2

12. On February 4, 2015, Ms. Smith was hostile towards Goshay and claimed that everyone in the kitchen was out to get her. After several attempts to calm her down, and after she was warned that she would be asked to leave the kitchen if she didn't lower her voice and calm down, Smith continued to yell at Goshay. Smith was escorted out of the kitchen.

13. I suspended Ms. Smith in February 2015 for hostile behavior in the workplace following her outburst on February 4, 2015.

14. On March 20, 2015, I issued Ms. Smith a second Final Written Warning for "Unsatisfactory Work Performance" and "Failure to Comply With Pride Values/Care Standards/Workplace Civility Policies" following her poor performance over the preceding month. A true and correct copy of the March 20, 2015 Final Written Warning from her personnel file is attached hereto as Walls Exhibit B.

15. On April 11, 2015, Ms. Smith told Goshay that "God was going to get you." Goshay reported the statement, and concerns for her own safety, to me and to Jen Whepley, Aramark Human Resources Representative. On April 15, 2015, Smith was counselled by me, along with Whepley and Goshay, about use of threatening language.

16. On June 1, 2015, Ms. Smith told her co-workers at work "I will fight people in here today," after she received final instructions for completing duties on her shift.

17. After this was reported to me and other members of management, Ms. Smith was suspended on June 5, 2015, pending further investigation.

18. After a review of Ms. Smith's significant disciplinary history, and recent incidents of poor performance and aggression towards co-workers and management, I recommended that Smith be terminated effective June 5, 2015. The recommendation was reviewed and approved by Aramark Human Resources Representative Jen Whepley and Aramark Executive Director

3

QB\52505026.1

Mary Pat Severns. UCMC then decided to terminate Smith. The termination letter I sent Smith stated, in part:

> This letter serves as written notice that your employment as a Food Service Worker with the University of Chicago Medical Center ("UCMC") is being terminated effective June 5, 2015 for violation of UCMC policies:

> 1. HR212 - Termination
>    - Engaging or participating in physical violence, and/or the threat of physical violence or other inappropriate conduct against any person or property;

> 2. HR614 - Workplace Aggression
>    - Non-Physical Assault, defined as verbal or non-verbal threats, gestures, offensive or intimidating comments, made by one or more persons toward another person or persons, which would lead a reasonable person to believe that he/she is in danger of personal harm or fear for their safety or the safety of their personal possessions, property or other persons.

> 3. Workplace Civility- HR1012
>    - Respecting Fellow Employees

> 4. UCMC Standards of Behaviors
>    - Use respectful, professional language at all times
>    - Be mindful of my body language, actions, and tone
>    - Resolve conflicts in private and talk to the person with whom I have an issue

> The above violations, together or separately, are considered serious enough such that a single violation may warrant termination of employment.

A true and correct copy of the Termination Letter is attached hereto as Walls Exhibit C.

19. I am not aware, and was not aware in 2014 or 2015, that Ms. Smith had any physical or mental impairment that limited any major life activity.

20. Ms. Smith never told me that she had any physical or mental impairment that limited any major life activity.

4

QB\52505026.1

21.     In 2014 and 2015, I did not consider Ms. Smith to be disabled, or to have any physical or mental impairment that limited any of her major life activities.

22.     I did not take any action regarding Ms. Smith based on any physical or mental impairment she may have had in 2014 or 2015; rather, I disciplined Smith and later recommended her termination because of her poor performance and misconduct towards her supervisors and co-workers, as indicated in the disciplinary documents I prepared.

23.     I am not aware, and have no knowledge, of any diagnosis or treatment Ms. Smith received from any of her doctors at UCMC or elsewhere.

24.     I am not aware, and have no knowledge, of any legal issues Ms. Smith experienced in 2014 and 2015 related to child custody or parental rights.

25.     I have had no contact with any person or representative from the Illinois Department of Children and Family Services ("DCFS") about Ms. Smith or her child(ren). I have not been involved, an am totally unaware, of any interaction Smith has had with DCFS.

FURTHER DECLARANT SAYETH NOT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 12, 2018

Marilyn Walls
MARILYN WALLS

QB\52505026.1

5

# WALLS DECLARATION

# EXHIBIT A

Print Form   6



THE UNIVERSITY OF
**CHICAGO**
MEDICAL CENTER

## CORRECTIVE ACTION FORM FOR BIWEEKLY EMPLOYEES

### Employee Information

Employee Name: Belinda Smith

Dept./Cost Center:

Date Issued:   July 30, 2014

Job Title: Food Service Worker

Manager:

Union:   Local 743

**Employee/Labor Relations must be consulted prior to issuing a Final Written Warning or Termination**

### I.   CORRECTIVE ACTION (Check only one)

1. ☐ Documented Verbal Warning (*Retain in Department File Only*)
2. ☐ Written Warning
3. ☒ Final Written Warning
4. ☐ Termination

Was the employee suspended pending investigation?   Yes ☐  No ☐

Employee was suspended without pay for _____ working days, from _____ through _____

### II.   REASON(S) FOR CORRECTIVE ACTION

☐ Violation of Biweekly Employee Attendance Policy

☒ Unsatisfactory Work Performance

☒ Failure to comply with Pride Values/Care Standards/ Workplace Civility Policies

**Employee/Labor Relations must be consulted prior to issuing corrective action for the following:**

☐ Violation of UCMC Harassment Policy

☐ Falsification or misuse of records or information

☐ Insubordination (refusal to follow directive given by individual in a supervisory role)

☐ Sleeping or giving the appearance of sleeping on the job

☐ Theft

☐ Job abandonment

☐ Possession or use of intoxicants/Violation of Fitness for Duty Policy

☐ Performing job assignment grossly inconsistent with outlines job duties and responsibilities

☐ Abusive or threatening language or behavior; fighting

☐ Other

Description or reason(s) for action:

See attached memo.

A copy of this form was:   ☐ given to/   ☐ mailed to the above employee on _____ (date).

Employee Signature _____   Date   July 30, 2014

Manager Signature _____   Date   July 30, 2014

Union Representative Signature (or/if)   Union Representative Waived   BS (Employee Initials)   Date _____

Please make copies for the following: Union Steward (if applicable); Department File; and Employee/Labor Relations- except Documented Verbal Warning; which is retained in Department File Only.

Revised E/LR 1/2010

UCMC0129

**EXHIBIT**
19
Smith 3/28/18

Belinda is being issued a Final Written Warning for unsatisfactory work performance and violating the Medical Center's Service Pride and Civility policies.

On June 27, 2014, Belinda failed to perform her assigned job duties for the day. Her failure to complete her assigned duties has impacted not only the operation of the department but also the patient experience. Belinda was assigned to wash dishes to ensure they are ready for the patient line. Belinda failed to complete her assigned duties.

On June 19, 2014, Belinda was assigned to have all the 2nd, 3rd and 4th floors completed. Belinda was to have the soiled carts changed out as required. When asked if she had completed her assigned tasks, Belinda responded no. Belinda's failure to complete her assigned duties has impacted the operation of the department and also the patient experience.

On June 17th, Belinda was assigned to have all the carts of her assigned floors stripped that day. Belinda failed to complete her assigned tasks impacting the operations and patient experience.

On June 13th, Management met with Belinda to address her work performance. Management expressed to Belinda their concerns regarding her job performance; identifying key issues such as the speed in which she works and completing her assigned tasks. During this meeting, Belinda's conduct was in violation of the Medical Center's Service Pride and Civility policies.

Previously, Belinda has received a Verbal Warning, Written Warning and Suspended for unsatisfactory work performance. Belinda's continued failed to perform her assigned job duties satisfactorily will result in further corrective action up to and including termination of her employment.

UCMC0130

# WALLS DECLARATION

# EXHIBIT B



THE UNIVERSITY OF
**CHICAGO**
MEDICAL CENTER

Print Form

## CORRECTIVE ACTION FORM FOR BIWEEKLY EMPLOYEES

### Employee Information

Employee Name: Belinda Smith

Dept./Cost Center: 373220

Date Issued: 3/19/15

Job Title: Foodservice Worker

Manager: Calandria Goshay

Union: 743

**Employee/Labor Relations must be consulted prior to issuing a Final Written Warning or Termination**

### I. CORRECTIVE ACTION (Check only one)

1. ☐ Documented Verbal Warning (Retain in Department File Only)
2. ☐ Written Warning
3. ☒ Final Written Warning
4. ☐ Termination

Was the employee suspended pending investigation? Yes ☒ No ☐

Employee was suspended without pay for _____ working days, from _____ through _____

### II. REASON(S) FOR CORRECTIVE ACTION

☐ Violation of Biweekly Employee Attendance Policy

☒ Unsatisfactory Work Performance

☒ Failure to comply with Pride Values/Care Standards/ Workplace Civility Policies

**Employee/Labor Relations must be consulted prior to issuing corrective action for the following:**

☐ Violation of UCMC Harassment Policy

☐ Falsification or misuse of records or information

☐ Insubordination (refusal to follow directive given by individual in a supervisory role)

☐ Sleeping or giving the appearance of sleeping on the job

☐ Theft

☐ Job abandonment

☐ Possession or use of intoxicants/Violation of Fitness for Duty Policy

☒ Performing job assignment grossly inconsistent with outlines job duties and responsibilities

☐ Abusive or threatening language or behavior; fighting

☒ Other

Description or reason(s) for action:

See attachment

A copy of this form was: ☒ given to/ ☐ mailed to the above employee on 3/19/15 (date).

| Employee Signature | Date |
|---|---|
| *Refuse to Sign* | 3-20-15 |

| Manager Signature | Date |
|---|---|
| *Mautn Wall* | 3-20-15 |

| Union Representative Signature (or/if) Union Representative Waived (Employee Initials) | Date |
|---|---|
| *Amanda Calles* | 3-20-15 |

Please make copies for the following: Union Steward (if applicable); Department File; and Employee/Labor Relations- except Documented Verbal Warning; which is retained in Department File Only;

Revised E/LR 1/2010

EXHIBIT
20
Smith 3/28/08
PENGAD 800-631-6989

UCMC0131

Belinda is being issued a Final Written Warning for the following violations:

- Unsatisfactory Work Performance
- Employee Termination Policy (HR 212); inconsiderate or inappropriate treatment of co-employees and performing job assignments grossly inconsistent with outlined job duties and responsibilities, or Medical Center policies and procedures.
- Workplace Civility (HR 1012); Workplace behavior is behavior that creates an atmosphere and environment that enhances and promotes respect for the integrity, dignity and worth of each and every human being.
- Service Pride (HR 601)

Previously, Belinda received a final written warning on July 30, 2014 for unsatisfactory work performance.

On February 4, 2015 Belinda was escorted out of the kitchen because she was yelling at Calandria Goshay. She was extremely hostile and claims that everyone was out to get her. After several attempts to calm her down, she continued to yell at her after she was warned that she would be asked to leave the kitchen if she didn't lower her voice and calm down.

There has been other incidents involving Belinda in which her performance and conduct is inconsistent with Medical Center policies. They are as follows:

On January 30, 2015 Belinda was informed that she must tell her manager before goes out on break. She argued with Calandria telling her that she shouldn't be expected to remember things like that and that Calandria was conspiring against her.

On January 18, 2015 Belinda snatched a mop out of a coworkers hand as she attempted to clean up a spill. She also stopped Shelvon Johnson on her way to deliver a cart so she could reheat soup because she said that they didn't do it the right way the first time.

On January 17, 2015 Belinda was stopping her coworkers in the kitchen to check on the tickets and the boxes because she said that they were making mistakes and that they were asking her to make things that weren't on the patients' tickets. When Calandria explained to her that was not her responsibility, she began yelling stating that everyone was conspiring against her and that Calandria wanted to get her fired.

On January 16, 2015 Belinda was slow at making sandwiches. Calandria spoke with her about the time she was taking making sandwiches and she responded that she was doing a great job.

On December 11, 2014 Belinda was spoken to by Calandria regarding chicken noodle soup. She was asked to use the soup the evening crew made before she used the ones she prepped yesterday. She continued to pull the soup out of the refrigerator and was told she needed to follow directions.

Going forward Belinda is expected to perform her assigned job duties and responsibilities effectively. In addition, Belinda's behavior is to be consistent with the expectations of the Medical Center policies. Failure to do so will result in further corrective action up to and including termination of her employment.

UCMC0132

| UCM | STARTER / EXPO-FOOD SERVICE |
|---|---|

TIME ACTIVITY SCHEDULE                              Updated-Date 03/03/2015

| Position: | PM Starter/Expo | Supervisor: | Patient Services Manager |
|---|---|---|---|
| Position #: | 215b | Huddle | 11:00p |
| Hours: | 10:30p-7:00a | Meal Break: | Typically at 2:00a to 3:00a |
| | | | |

| Time | Task | Standard of Performance |
|---|---|---|
| 10:30p-2:00a | ➢ Clock in restrain hair and wash hands<br>➢ Adhere to uniform policy<br>➢ Assemble 100 boxed meals<br>➢ Assemble dialysis trays | ➢ Prep 4oz portions of mixed fruit<br>➢ Prep turkey sandwiches on white bread<br>➢ Apple juice<br>➢ Mayo<br>➢ Mustard<br>➢ Plasticware |
| | ➢ Pull down dirty trays from each unit in Billings<br>➢ | Collect dirty trays from the 2,3,4,5, and 6th floor along all other D units and bring them down to the dish room |
| 2:00a-3:00a | ➢ Break | |
| 3:00a-7:00a | ➢ Clock in restrain hair and wash hands<br>➢ Help assemble sandwiches on tray line as needed.<br>➢ Replenish the deli items on cold line<br>➢ Clean and sanitize the cutting board and all counters and microwaves in that area | ➢ Use Oasis 146 sanitizing solution<br>➢ Use the FIFO method when replenishing deli items<br>➢ Label and date all items on the line. |
| 7:00a | ➢ Clock Out and exit the work area | |

- All duties contained in this job flow are to be completed by the end of the employees shift. Any assignments not completed must be communicated to the Supervisor prior to the end of the employee shift and will be dealt with on a case by case basis. Any additional duties within the service grade of the flow may be added daily by management and become the responsibility of the employee instructed. Refusal of such duties will lead to progressive action up and including termination.

_____  
Employee Signature

3/20/15  
Date

UCMC0133

# WALLS DECLARATION

# EXHIBIT C



THE UNIVERSITY OF
CHICAGO
MEDICINE
THE UNIVERSITY OF CHICAGO
MEDICAL CENTER

June 24, 2015

**VIA FIRST CLASS U.S. MAIL**
Belinda Smith
727 E. 60th Street
Chicago, IL 60637

Re: **Termination of Employment**

Dear Ms. Smith:

This letter serves as written notice that your employment as a Food Service Worker with the University of Chicago Medical Center ("UCMC") is being terminated effective June 5, 2015 for violation of UCMC policies:

1. HR212 - Termination
   - Engaging or participating in physical violence, and/or the threat of physical violence or other inappropriate conduct against any person or property;

2. HR614 - Workplace Aggression
   - Non-Physical Assault, defined as verbal or non-verbal threats, gestures, offensive or intimidating comments, made by one or more persons toward another person or persons, which would lead a reasonable person to believe that he/she is in danger of personal harm or fear for their safety or the safety of their personal possessions, property or other persons.

3. Workplace Civility - HR1012
   - Respecting Fellow Employees

4. UCMC Standards of Behaviors
   - Use respectful, professional language at all times
   - Be mindful of my body language, actions, and tone
   - Resolve conflicts in private and talk to the person with whom I have an issue

The above violations, together or separately, are considered serious enough such that a single violation may warrant termination of employment.

ALL UCMC Property (e.g., identification badge, parking hang tag, keys, uniform, etc.) must be returned to your supervisor. Unless you notify us differently, your final paycheck if due, will be direct deposited to your account, (provided you were a participant in the direct deposit program on your last day of active employment) or will be sent to the home address we have on file for you. In addition, relevant benefits notifications will be mailed to you within the next thirty (30) days.

Sincerely,

*Marilyn Walls*

Marilyn Walls

cc: Human Resources Personnel file

EXHIBIT
21
Smith 3/28/18
PENGAD 800-631-6989